IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ANDRE TWINE,

    Petitioner,                    No. CIV S-06-0965 LKK GGH P

    vs.

GUILLERMINA HALL, et al.,

    Respondents.              ORDER

                            /

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

       Petitioner challenges a prison disciplinary conviction he received while housed at Avenal State Prison which is located in Kings County. Kings County is located within the Fresno Division of the Eastern District of California. Petitioner is presently incarcerated at the California Rehabilitation Center in Norco, California, which is located in Riverside County. Riverside is located in the Central District of California.

       While both the Eastern District Court and the Central District Court have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily

1

available in the Central District where petitioner is now incarcerated.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

        2.  This matter is transferred to the United States District Court for the Central District of California.

DATED:  6/5/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

ggh:kj
twi965.tra